The People of the State of New York, Appellant, v Jeffrey Kozlow, Respondent.

Submitted February 13, 2007; decided February 20, 2007

Motion by New York State District Attorneys Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two

copies of the brief may be served and 24 copies filed within seven days.